IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    4:08CR00326-02-WRW

WALTER MARTEZ HARE

### ORDER

Pending is the Government's Motion for Leave of Court to Dismiss the Indictment (doc #74).

The Motion is GRANTED. The Indictment is dismissed as to defendant, Walter Martez Hare, only.

IT IS SO ORDERED this 10th day of September, 2009.

                                                   /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE